UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1 CML-ADC VENTURE, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT O. MCMASTER, an individual.<br><br>Defendant. | Case No.: 02-10-cv-697-JCM-PAL<br><br><br>JUDGMENT |

On July 25, 2011, the court entered an order granting Plaintiff Multibank 2009-1 CML-ADC Venture's Motion for Partial Summary Judgment on its breach of contract claim against Defendant Robert O. McMaster; and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered in favor of Plaintiff Multibank 2009-1 CML-ADC Venture, LLC and against Defendant Robert O. McMaster in the sum of $150,000.00 principal, plus $8,965.35 in late fee, plus, $13,529.17 in non-default interest, plus $15,916.67 in default interest as of February 1, 2011, with default interest continuing to accrue at the rate of 9.25% per annum or $43.71 per day until paid in full.

Dated this  9th  day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

LIONEL SAWYER & COLLINS

_____
Doreen Spears Hartwell, Bar #752
300 So. Fourth St. #1700
Las Vegas, Nevada 89101
Attorneys for Multibank 2009-CML-ADC Ventures

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888